# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

February 21, 2025

**BY ECF AND EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
McCarthy_NYSDchambers@nysd.uscourts.gov

RE:   *United States v. Einstein Brutus*, 25-mj-455 (UA)

Dear Judge MCarthy:

On Tuesday, February 18, 2025, you allowed my client, Einstein Brutus, to be released on his signature and set today as the deadline for obtaining two suretors for his bond. Both of Mr. Brutus' parents have been interviewed by the US Attorney's office. AUSA Ben Arad has just informed me that both have now been approved. But the Clerk's office is closed. Accordingly, I respectfully request that Your Honor extend the deadline for his parents to sign the bond by one week until February 28, 2025. AUSA Arad consents to this request.

Respectfully submitted,

*/s/ Jill R. Shellow*

Jill R. Shellow

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy
2-21-2025

Admitted: NY, CT, DC