# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

January 8, 2026

**Application granted.**

**SO ORDERED.**

**BY ECF ONLY**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

_____
Ronnie Abrams, U.S.D.J.
January 9, 2026

RE:    *United States v. Einstein Brutus,* **25 MJ 455 (RA)**

Dear Judge Abrams:

Einstein has decided that he wants to attend the monthly YAOP meetings in person at 40 Foley Square, and he is exploring the most efficient way for him to get from his home in Rockland County to the courthouse.  Indisputably, there will be times when he needs to travel through the District of New Jersey.  Einstein's bail limits his travel to the SDNY and EDNY.

I am writing to request respectfully that Your Honor modify the terms of Einstein Brutus' bail to permit him to travel through the District of New Jersey to get to the SDNY or EDNY for YAOP meetings, educational programs, employment, and to meet with me.  The Government consents to this request so long as the modification is limited to these purposes.

Thank you for your consideration.

Respectfully Submitted,

Jill R. Shellow
*Attorney for Defendant Einstein Brutus*

cc:    Einstein Brutus (by email)

Admitted:  NY, CT, DC