# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

February 24, 2026

Application granted.

**BY ECF ONLY**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
February 24, 2026

RE:    *United States v. Einstein Brutus,* 25 MJ 455 (RA)

Dear Judge Abrams:

I am writing to request respectfully that Your Honor modify the terms of Einstein Brutus' bond to remove the electronic monitor.  Officer Dominique Jackson from Pretrial, who supervises Einstein, consents to this request, and the Government does not object.

Einstein has been wearing the bracelet since February 18, 2025, and has been in compliance with the requirements.  And Einstein now has a full-time job.  He works the overnight shift at PDI, Professional Disposables International, in Orangeburg, NY.  Last night was his first day of work.  The bracelet does not interfere with his job responsibilities, but removing the bracelet now is a tangible sign of our collective support for his progress and a sign that we have faith in him and the new path he is pursuing.

Thank you for your consideration.

Respectfully Submitted,

Jill R. Shellow
*Attorney for Defendant Einstein Brutus*

cc:    Pretrial Officer Dominique Jackson (by email)
       Einstein Brutus (by email)

Admitted:  NY, CT, DC